## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Christopher Colon
                                Plaintiff,

v.                                                          Case No.: 1:19–cv–02482
                                                            Honorable Sara L. Ellis

K2M, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 13, 2019:

    MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 6/13/19. Discovery schedule: MIDP are due by 6/21/19; written discovery to issue 7/19/19; final supplementation of MIDP is due by 4/20/20; fact discovery closes on 5/20/20. Status hearing set for 11/6/2019 at 9:30 AM to report on settlement and discovery. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.