**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER COLON, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 1:19-cv-02482 |
| K2M, INC., and ANY AND ALL UNKNOWN MANUFACTURERS OF THE DEVICES IN QUESTION, | § § § § § | Judge Sara L. Ellis |
| Defendants. | § | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE on **March 3, 2020, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the **Agreed Motion for Entry of Protective Orders** will be presented before the Honorable Sara L. Ellis, or any judge sitting in her stead, in Courtroom 1403 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604.

1

Dated: March 2, 2020  Respectfully submitted,

By:    */s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Robert H. Riley
Brian O. Watson
Raymond Rushing
Three First National Plaza
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
rriley@rshc-law.com
rrushing@rshc-law.com
bwatson@rshc-law.com


CRUMP & DEUTSCH, PLLC
Nicholas N. Deutsch (Pro Hac To Be Filed)
Texas Bar No. 24059675
Southern District No. 875144
E-Mail: ndeutsch@cdlawtx.com
2825 Wilcrest Dr., Suite 216
Houston, Texas 77042
Telephone: (713) 600-4359

**ATTORNEYS FOR DEFENDANT, K2M, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2020, these papers were electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

By: */s/ Brian O. Watson*