UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER COLON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-02482 |
| | ) | |
| vs. | ) | Honorable Sara L. Ellis |
| | ) | |
| K2M, INC., and ANY AND ALL UNKNOWN MANUFACTURERS OF THE DEVICES IN QUESTION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COME Plaintiff, Christopher Colon, and Defendant, K2M, Inc., by and through their respective attorneys, pursuant to the Court's Third Amended General Order 20-0012, file this Joint Status Report:

**I. DISCOVERY:**

A. The Parties are currently engaged in written discovery. This case is subject to the MIDP, so the Parties have exchanged all MIDP answers, as well as 26(a)(1) disclosures. Each Party has also issued its own written discovery to the opposing party. Plaintiff has answered all outstanding written discovery. Defendant requested that a protective order be in place prior to answering their written discovery. This Court entered that protective order on or about March 3, 2020. Unfortunately, due to the outbreak of COVID-19, Defendant has been delayed in its ability to answer Plaintiff's written discovery. Defendant has indicated that the answers will be forthcoming by July 1, 2020. Additionally, Defendant has requested Plaintiff's medical records through Record Copy Services and is still awaiting responses from Plaintiff's providers. Discovery was set to close on May 29, 2020; however, due to these unforeseen circumstances, the Parties request an extension to complete fact discovery.

B. The Parties propose the following revised Discovery Schedule:

   a. Fact Discovery to close on October 31, 2020.
   b. Expert Discovery Schedule to be set after close of fact discovery.

**II. MOTIONS:**

A. There are no pending motions, and the Parties do not anticipate any motions being filed within the next 45 days unless the Court would prefer the Parties file a written motion to extend the fact discovery closure. If the Parties do not receive compliance with any third-party subpoenas, motions to compel may also be necessary.

### III. SETTLEMENT:

A. The Parties have discussed the possibility of settlement; however, they do not anticipate any meaningful discussions until written discovery is completed. Once written discovery is completed the Parties will evaluate whether a settlement conference would be fruitful.

### IV. OTHER ISSUES:

A. The Parties do not foresee any other issues that would require Court action other than the aforementioned proposed discovery schedule.

B. The Parties do not believe a telephonic hearing with the Court is necessary at this time, unless the Court believes such a hearing is needed.

**CHRISTOPHER COLON**

By: /s/ Kenneth A. Nazarian
      One of his Attorneys

James A. Karamanis (ARDC #6203479)
Kenneth A. Nazarian (ARDC# 6309765)
BARNEY & KARAMANIS, LLP
Two Prudential Plaza
180 N. Stetson, Suite 3050
Chicago, Illinois 60601
Tel.: (312) 553-5300
james@bkchicagolaw.com
Ken@bkchicagolaw.com


**K2M, INC.**

By: /s/ Raymond Rushing (*with permission*)
      One of its Attorneys

Robert H. Riley
Brian O'Connor Watson
Raymond D. Rushing
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W Madison St, Ste 2900
Chicago, Illinois 60602
Tel.: (312) 471-8700
bwatson@rshc-law.com
rrushing@rshc-law.com